# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONALD T. BROWN DDS

VERSUS

DOUGLAS D. MCGINITY,
MCGINITY LAW FIRM LLC AND
HANNAH CHOKR

NO.  2021 CW 0837

**OCTOBER 1, 2021**

---

In Re:   Nisrine "Hanah" Chokr and Zienab "Zara" Chokr, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-13910.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                            **JEW**
                            **MRT**

   **McClendon, J.,** concurs.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT